UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,

vs.

CRIMINAL NO. 23-20063

HON. JONATHAN J.C. GREY

D-1 RADWAN MALAS,
       Defendant.
_____/

## ORDER GRANTING MOTION TO ALLOW UNDER SEAL FILING OF MOTION TO APPROVE *SUPPLEMENTAL* MODIFICATION OF PHASE I BUDGET

This Honorable Court, having considered defendant Radwan Malas's *Ex Parte* Motion to Allow Under Seal Filing of Motion to Approve *Supplemental* Modification of Phase I Budget, and for the reasons stated therein, **GRANTS** the motion.

It is **HEREBY ORDERED** that defendant Malas may file his *Ex Parte* Motion to Approve *Supplemental* Modification of Phase I Budget *under seal* because it contains sensitive information pertaining to his defense.

    SO ORDERED.

Dated: July 31, 2025

                                  **s/Jonathan J.C. Grey**
                                  HON. JONATHAN J.C. GREY
                                  United States District Court Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 31, 2025.

                              s/ S. Osorio
                              Sandra Osorio
                              Case Manager