UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

                              Case No: 23-cr-20063

   v.

                              Hon. Jonathan J.C. Grey

Radwan Malas, et al.,

       Defendant.

---

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:**    **Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of Attorney of record for the above captioned case:

***Add the following Trial Attorney:***

Name: Shane Butland (4951075)
Telephone: 202-286-1177
Email: Shane.Butland2@usdoj.gov

                                  Jerome F. Gorgon Jr.
                                  United States Attorney

                                  *s/Shane Butland*
                                  Shane Butland (4951075)
                                  Trial Attorney
                                  Criminal Division, Fraud Section
                                  U.S. Department of Justice
                                  1400 New York Avenue NW
                                  Washington, DC 20005

Dated: September 11, 2025